UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Demarcus Dashon Piphus                               Docket No. 5:08-CR-226-1BO

**Petition for Action on Supervised Release**

COMES NOW Arthur B Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Demarcus Dashon Piphus, who, upon an earlier plea of guilty to Possession of a Firearm in Furtherance of a Crime of Violence, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on January 6, 2009, to the custody of the Bureau of Prisons for a term of 97 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Demarcus Dashon Piphus was released from custody on July 31, 2015, at which time the term of supervised release commenced in the District of South Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The probation office in South Carolina is requesting that the amount of monthly payments ordered on the Judgement and Commitment be reduced from $50.00 per month to $25.00 per month.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

That the court will reduce the monthly obligations from $50.00 to $25.00 per month.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Arthur B Campbell<br>Arthur B Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8677<br>Executed On: June 7, 2016 |

**ORDER OF THE COURT**

Considered and ordered this ___7___ day of __June__, 2016 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge